# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case Number: 2:96-cr-99-FtM-29DNF

JOHN SITKINS

USM Number: 19407-018

Landon P. Miller, CJA
4280 E. Tamiami Trail
Naples, FL 34112

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession with Intent to Distribute Cocaine, while on supervision in violation of the conditions of supervision | September 27, 2007 |
| Two | Failure to submit written monthly reports in violation of Condition Two of the standard conditions of supervision | March 5, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/2/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 3, 2008

JOHN SITKINS
2:96-cr-99-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One Year & One Day**.

**The Court recommends to the Bureau of Prisons:**

    **1. Incarceration in a facility in Pensacola, FL. For ease of visitation for family members.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before November 3, 2008, as notified by the United States Marshal. If not yet designated, then he shall report to the U.S. Marshal, 2110 First Street, Fort Myers, Florida.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED